# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARVETTE LAW PHILMON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LINCOLN UNIVERSITY, | : | No. 21-1368 |
| Defendant. | : | |

## ORDER

**AND NOW,** this 19th day of January, 2023, upon careful consideration of Defendant Lincoln University's Motion for Summary Judgment (ECF No. 18), Plaintiff Sharvette Law Philmon's response in opposition (ECF No. 23), the Defendant's reply brief (ECF No. 24), and any exhibits attached thereto, it is hereby **ORDERED as follows:**

1. Defendant Lincoln University's Motion for Summary Judgment (ECF No. 18) is **GRANTED.**

2. Judgment is **ENTERED** in favor of Defendant Lincoln University and against Plaintiff Sharvette Law Philmon on all claims.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
U.S. Magistrate Judge